# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2067
Lower Tribunal No. 22-9817
_____

**Henry Tien,**
Appellant,

vs.

**Tax Collector,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Henry Tien, in proper person.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Veronica Sanchez, Assistant County Attorney, for appellee.

Before MILLER, GORDO and GOODEN, JJ.

PER CURIAM.

Because the trial court did not err when it dismissed the second amended complaint, we hereby affirm. The second amended complaint failed to state a cause of action for declaratory relief. See § 86.011, Fla. Stat. (2024) ("The court may render declaratory judgments on the existence, or nonexistence . . . [o]f any immunity, power, privilege, or right . . . ."); May v. Holley, 59 So. 2d 636, 639 (Fla. 1952) (setting forth the requirements of a declaration judgment action); State, Dep't of Env't Prot. v. Garcia, 99 So. 3d 539, 544-45 (Fla. 3d DCA 2011) (explaining required showing by party seeking declaration).

Affirmed.